IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ricardo King<br>　　　　　　Debtor | BK NO. 16-04037 RNO<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

　　　Kindly enter my appearance on behalf of Specialized Loan Servicing LLC, as Servicer for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Capital I Inc. Trust 2006-NC2, Mortgage Pass-Through Certificates, Series 2006-NC2, and index same on the master mailing list.

Re: Loan # Ending In: 2314

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　　**/s/ Michael J. Clark, Esquire** ___
　　　　　　　　　　　　　　　　　　　　　　　Michael J. Clark, Esquire
　　　　　　　　　　　　　　　　　　　　　　　Thomas Puleo, Esquire
　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　　　　　　　　(215) 627-1322  FAX (215) 627-7734
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant