```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                          Case No. 16-04037-RNO
Ricardo King                                                    Chapter 13
        Debtor                   CERTIFICATE OF NOTICE
District/off: 0314-5      User: PRadginsk             Page 1 of 1          Date Rcvd: Dec 14, 2016
                          Form ID: ntcnfhrg           Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2016.
db             Ricardo King,    399 Shawnee Valley Dr,    East Stroudsburg, PA  18302-7807
4838701        ACS,    PO Box 10388,    Des Moines, IA  50306-0388
4838702        ACS,    PO Box 14591,    Des Moines, IA  50306-3591
4838703        ASC,    PO Box 10388,    Des Moines, IA  50306-0388
4838700        John Caffese,    803 Main St,    Stroudsburg, PA  18360-1601
4838699        King Ricardo,    399 Shawnee Valley Dr,    East Stroudsburg, PA  18302-7807

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/PDF: rmscedi@recoverycorp.com Dec 14 2016 19:18:03
                Recovery Management Systems Corporation,    25 SE 2nd Avenue, Suite 1120,
                Miami, FL  33131-1605
4848225        E-mail/Text: ally@ebn.phinsolutions.com Dec 14 2016 19:20:17      Ally Financial,
                PO Box 130424,    Roseville MN 55113-0004
4840004        E-mail/PDF: rmscedi@recoverycorp.com Dec 14 2016 19:17:52
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2016 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              John Robert Caffese    on behalf of Debtor Ricardo  King ecf@jrcfirm.com, kevin@jrcfirm.com
              Karina Velter    on behalf of Creditor    Deutsche Bank National Trust Company amps@manleydeas.com
              Michael J Clark    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Morgan Stanley Capital I Inc. Trust 2006-NC2, Mortgage Pass-Through Certificates, Series
               2006-NC2 bkgroup@kmllawgroup.com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 6
```

ntcnfhrg (04/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Ricardo King
Debtor(s)

Chapter 13

Case No. 5:16−bk−04037−RNO

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **January 12, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: January 25, 2017<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: PRadginsk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 14, 2016 |