```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 16-04037-JJT
Ricardo King                                                    Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: PRadginsk          Page 1 of 1          Date Rcvd: Jul 18, 2017
                              Form ID: orfeedue        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4945969         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 18 2017 18:51:55
                Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
                                                                                                  TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              John Robert Caffese   on behalf of Debtor Ricardo  King ecf@jrcfirm.com, kevin@jrcfirm.com
              Karina   Velter    on behalf of Creditor    Deutsche Bank National Trust Company amps@manleydeas.com
              Matthew   Mugno   on behalf of Debtor Ricardo  King matt@jrcfirm.com, ecf@jrcfirm.com
              Michael J Clark    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for
               Morgan Stanley Capital I Inc. Trust 2006-NC2, Mortgage Pass-Through Certificates, Series
               2006-NC2 bkgroup@kmllawgroup.com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                 TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Ricardo King                                  Chapter 13

                                              Case number 5:16–bk–04037–JJT

**Debtor(s)**                                 Document Number: 38

### Order Filing Fee Due

A transfer of claim was filed on **July 18, 2017**. As approved by the Judicial Conference of the United States at its September 2012 session and pursuant to Item 20 of the Bankruptcy Court Miscellaneous Fee Schedule (Fee Schedule), a fee in the amount of **$25.00** is due upon the filing of a claim transfer, partial claim transfer, or amended claim transfer.

**IT IS HEREBY ORDERED** that the fee be paid in full on or before **July 25, 2017**.

Dated: July 18, 2017                          By the Court,

                                              Honorable John J. Thomas
                                              United States Bankruptcy Judge
                                              By: PRadginsk, Deputy Clerk