```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 16-04037-JJT
Ricardo King                                                        Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5   User: PRadginsk   Page 1 of 1   Date Rcvd: Jul 18, 2017
                     Form ID: trc   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4848225       E-mail/Text: ally@ebn.phinsolutions.com Jul 18 2017 18:45:57    Ally Financial,
        PO Box 130424,   Roseville MN 55113-0004
                                                                                                                      TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                          TOTAL: 0
Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2017 at the address(es) listed below:
        Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
        John Robert Caffese   on behalf of Debtor Ricardo  King ecf@jrcfirm.com, kevin@jrcfirm.com
        Karina  Velter    on behalf of Creditor   Deutsche Bank National Trust Company amps@manleydeas.com
        Matthew  Mugno    on behalf of Debtor Ricardo  King matt@jrcfirm.com, ecf@jrcfirm.com
        Michael J Clark    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Capital I Inc. Trust 2006-NC2, Mortgage Pass-Through Certificates, Series 2006-NC2 bkgroup@kmllawgroup.com
        Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                                                       TOTAL: 7

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:16-bk-04037-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

Ricardo King
399 Shawnee Valley Dr
East Stroudsburg PA 18302-7807

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/18/2017.

Name and Address of Alleged Transferor(s):

Claim No. 1: Ally Financial, PO Box 130424, Roseville MN 55113-0004

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541
Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/20/17

Terrence S. Miller
**CLERK OF THE COURT**