```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 16-04037-JJT
Ricardo King                                                        Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5     User: PRadginsk     Page 1 of 1     Date Rcvd: Jul 26, 2017
                      Form ID: orcnfpln     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2017.
db        Ricardo King,   399 Shawnee Valley Dr,   East Stroudsburg, PA  18302-7807

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                 TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2017 at the address(es) listed below:
        Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
        John Robert Caffese    on behalf of Debtor Ricardo  King ecf@jrcfirm.com, kevin@jrcfirm.com
        Karina  Velter   on behalf of Creditor   Deutsche Bank National Trust Company amps@manleydeas.com
        Matthew  Mugno   on behalf of Debtor Ricardo  King matt@jrcfirm.com, ecf@jrcfirm.com
        Michael J Clark    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for  Morgan Stanley Capital I Inc. Trust 2006-NC2, Mortgage Pass-Through Certificates, Series  2006-NC2 bkgroup@kmllawgroup.com
        Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov,  DPugh@monroecountypa.gov
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                                                                        TOTAL: 7

orcnfpln(05/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Ricardo King | Chapter | 13 |
| Debtor(s) | Case No. | 5:16−bk−04037−JJT |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on June 8, 2017. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: July 26, 2017

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: PRadginsk, Deputy Clerk