# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ricardo King<br>      **Debtor(s)**<br><br>**Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Capital I Inc. Trust 2006-NC2, Mortgage Pass-Through Certificates, Series 2006-NC2**<br>      **Movant**<br>  vs.<br><br>**Ricardo King**<br>      **Debtor(s)**<br><br>**Charles J. DeHart, III Esq.,**<br>**Trustee** | **BK NO. 16-04037 JJT**<br><br>**Chapter 13** |

## CERTIFICATE OF SERVICE OF

I, James C. Warmbrodt, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on December 5, 2017, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Ricardo King
399 Shawnee Valley Drive
East Stroudsburg, PA 18302

Attorney for Debtor(s)
John Robert Caffese , Esq
803 Main Street
Stroudsburg, PA 18360

Matthew Mugno , Esq
352 Fish Hill Road
Tannersville, PA 18372

Trustee
Charles J. DeHart, III Esq.
8125 Adams Drive, Suite A (VIA ECF)
Hummelstown, PA 17036

Dana King
399 Shawnee Valley Drive
East Stroudsburg, PA
18302

Method of Service: electronic means or first class mail

Dated: December 5, 2017

/s/ James C. Warmbrodt, Esquire
James C. Warmbrodt, Esquire
Matteo S. Weiner, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
412-430-3594