## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Ricardo KING | : | No. 16-04037-JJT |
| | : | |
| Debtor | : | Chapter 13 |
| | : | Application for Compensation |

## ORDER

Upon consideration of Debtor's Attorney John R. Caffese, Esq., application for compensation it is hereby ORDERED that the remaining $1990 balance of the presumptive fee be granted.

_____