IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Ricardo KING | : | No. 16-04037-JJT |
| | : | |
| Debtor | : | Chapter 13 |
| | : | Application for Compensation |

## **ORDER**

Upon consideration of Debtor's Attorney John R. Caffese, Esq., application for compensation it is hereby ORDERED that the $500 fee be granted.

_____

Case 5:16-bk-04037-JJT    Doc 56    Filed 02/21/18    Entered 02/21/18 15:36:30    Desc
Main Document    Page 1 of 1