IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Ricardo KING | : | No. 16-04037-JJT |
| | : | |
| Debtor | : | Chapter 13 |
| | : | Motion to Modify plan |

## ORDER

Upon consideration of Debtor's Attorney John R. Caffese, Esq., motion to modify the chapter 13 plan after confirmation, it is hereby ORDERED that the motion be granted.

_____