```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                              Case No. 16-04037-JJT
Ricardo King                                                        Chapter 13
        Debtor                      CERTIFICATE OF NOTICE
District/off: 0314-5          User: PRatchfor          Page 1 of 1            Date Rcvd: Feb 21, 2018
                              Form ID: pdf010          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2018.
db            Ricardo King,    399 Shawnee Valley Dr,    East Stroudsburg, PA   18302-7807

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor   Deutsche Bank National Trust Company
               bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee Et
               Al... bkgroup@kmllawgroup.com
              Jason Brett Schwartz    on behalf of Creditor    Portfolio Recovery Associates, LLC
               JSchwartz@mesterschwartz.com,  JOttinger@mesterschwartz.com
              John Robert Caffese    on behalf of Debtor 1 Ricardo  King ecf@jrcfirm.com,  kevin@jrcfirm.com
              Karina  Velter    on behalf of Creditor    Deutsche Bank National Trust Company amps@manleydeas.com
              Matthew  Mugno    on behalf of Debtor 1 Ricardo  King matthew.mugno@gmail.com,  ecf@jrcfirm.com
              Michael J Clark    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Morgan Stanley Capital I Inc. Trust 2006-NC2, Mortgage Pass-Through Certificates, Series
               2006-NC2 bkgroup@kmllawgroup.com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov,  DPugh@monroecountypa.gov
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                          TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Ricardo KING | : | No. 16-04037-JJT |
| | : | |
| Debtor | : | Chapter 13 |
| | : | Application for Compensation |

## ORDER

Upon consideration of Debtor's Attorney John R. Caffese, Esq., application for compensation ( docket 54) it is hereby ORDERED that the application is granted.

Dated: February 21, 2018

By the Court,

_____
John J. Thomas, Bankruptcy Judge (RPR)