```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 16-04037-JJT
Ricardo King                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5        User: PRadginsk        Page 1 of 1          Date Rcvd: Mar 07, 2018
                            Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2018.
              Gregory King,    399 Shawnee Valley Dr.,    East Stroudsburg, PA  18302-7807

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 7, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company
               bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee Et
               Al... bkgroup@kmllawgroup.com
              Jason Brett Schwartz    on behalf of Creditor    Portfolio Recovery Associates, LLC
               JSchwartz@mesterschwartz.com, JOttinger@mesterschwartz.com
              John Robert Caffese    on behalf of Debtor 1 Ricardo   King ecf@jrcfirm.com, kevin@jrcfirm.com
              Karina  Velter    on behalf of Creditor    Deutsche Bank National Trust Company amps@manleydeas.com
              Michael J Clark    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Morgan Stanley Capital I Inc. Trust 2006-NC2, Mortgage Pass-Through Certificates, Series
               2006-NC2 bkgroup@kmllawgroup.com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| RICARDO KING, Debtor and | ) | |
| GREGORY KING, Codebtor | ) | |
| | ) | CASE NO.: 5:16-bk-04037-JJT |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | ) | |
| PORTFOLIO RECOVERY ASSOCIATES, | ) | |
| LLC, assignee of ALLY FINANCIAL INC. | ) | |
| ("PRA") by and through its servicing | ) | **LOCATION:** |
| agent PRA RECEIVABLES | ) | U.S. Bankruptcy Court |
| MANAGEMENT, LLC | ) | Middle District of Pennsylvania |
| | ) | Courtroom #2 |
| Movant | ) | 197 South Main Street |
| vs. | ) | Wilkes-Barre, PA 18701 |
| RICARDO KING, Debtor and | ) | |
| GREGORY KING, Codebtor | ) | |
| Respondents | ) | |
| and | ) | |
| CHARLES J. DeHART, III | ) | |
| Trustee | ) | |

## ORDER

In consideration of the Motion submitted and attached hereto, it is hereby Ordered, Adjudged and Decreed that relief from the automatic stay and codebtor stay are granted.

Movant shall be and is hereby permitted to proceed and continue with an action in vehicle repossession (2012 BMW 528xi, V.I.N. WBAXH5C57CDW10094) and is hereby permitted to liquidate the vehicle at issue and to pursue its remedies under state law in connection with the loan documents.

Dated: March 05, 2018

By the Court,

*/s/ John J. Thomas*

John J. Thomas, Bankruptcy Judge (PR)